**Stella Gladys SMITH**

v.

**N. KINGSTOWN SCHOOL DEPT.**

**No. 85-490-M.P.**

Supreme Court of Rhode Island.
July 17, 1986.

ORDER

This case is assigned to the *show cause* calendar.

The respondent is directed to appear on a date to be assigned and show cause why the decree of the appellate commission in this case should not be summarily quashed

for the reasons set forth in the petitioner's brief.